**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



Alyxx Morgen, James M. Caruso and Hope M. Demasco, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

United Collection Bureau, Inc.,

                Defendant.

Docket No: 1:17-cv-08087-RWS



## STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: April 1, 2018

**TROUTMAN SANDERS LLP**

By: ___/s Stephen Steinlight_____
Stephen Steinlight, Esq.
875 Third Avenue
New York City, New York 10022
Tel: (212) 704-6000
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: ___/s Craig B. Sanders_____
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 114043
*Attorneys for Plaintiff*

So ordered
Sweet USDJ
4.6.18